In the Matter of Max Katzenstein et al., Appellants, against Joseph D. McGoldrick, as State Rent Administrator, Respondent, and Park Crescent Hotel, Inc., Respondent.

Submitted May 25, 1953; decided June 5, 1953.

Motion for reargument denied, with $10 costs and necessary printing disbursements. The question now urged for reargument was not presented below or passed upon by the Court of Appeals. [See 305 N. Y. 639.]

In the Matter of the Probate of the Will of Elizabeth Rhodes, Deceased. Herman Wolf, Appellant; John A. Wolf, Respondent.

Submitted June 1, 1953; decided June 5, 1953.

*Patrick J. Mahoney* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days after service of a copy of this order appellant serves and files the required undertaking and pays $10 costs, in which events motion denied.